THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SHANE MORRIS, Respondent.

Submitted February 9, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ORTIZ, Appellant.

Submitted January 20, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PELLEGRINO, Appellant.

Submitted January 26, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judges STEIN and FAHEY taking no part.